1  MICHELE BECKWITH
   Acting United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              CASE NO. 2:07-CR-00428-KJM

12 |                   Plaintiff,            **ORDER**

13 |             v.

14 | LUIS ARMANDO SANCHEZ-PEREZ,

15 |                   Defendant.

16

17

18    Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of

19 Criminal Procedure, it is HEREBY ORDERED that the Indictment against Luis Armando Sanchez-

20 Perez is dismissed. Any pending warrant is recalled.

21 DATED: February 4, 2025.

22

23

24                                         _____
                                           UNITED STATES DISTRICT JUDGE
25

26

27

28